963 A.2d 900

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregory Ricky BROWN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 12, 2008.

****

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of December 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Superior Court err in finding that Medicare is a government agency which is entitled to restitution pursuant to 18 Pa.C.S. § 1106, because it paid a medical provider for services to the victim, but did not compensate the victim in a monetary fashion?